JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 21 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 838

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DIME SAVINGS OF NEW YORK, F.S.B. SECURITIES LITIGATION

ORDER DEEMING MOTION WITHDRAWN

This matter is before the Panel on the motion by plaintiffs Three Bridges Investment Group and Elliott J. Mermelstein to centralize the actions on the attached schedule in the Eastern District of New York, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion in light of an impending agreement with counsel for defendants which will provide for consolidation of their cases in the Southern District of New York.

IT IS THEREFORE ORDERED that the motion filed by plaintiffs Three Bridges Investment Group and Elliott J. Mermelstein, be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-838 -- IN RE DIME SAVINGS OF NEW YORK, F.S.B. SECURITIES LITIGATION

<u>Southern District of New York</u>

<u>Elliott J. Mermelstein, etc. v. The Dime Savings of New York, F.S.B., et al.</u>, C.A. No. 89 Civ. 8167

<u>Eastern District of New York</u>

<u>Three Bridges Investment GBroup, etc. v. The Dime Savings of New York, F.S.B., et al.</u>, C.A. No. CV-89-2189

<u>Sidney Taylor, etc. v. Dime Savings of New York, F.S.B., et al.</u>, C.A. No. CV-89-4270

<u>Eli Esses  v. The Dime Savings of New York, F.S.B., et al.</u>, C.A. No. CV-89-4304

<u>William Steiner, etc. v. Dime Savings of New York, F.S.B., et al.</u>, C.A. No. CV-89-4311